FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII (jo)
Apr 06, 2021, 9:24 am
Michelle Rynne, Clerk of Court

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9231
Facsimile: (808) 541-2958
E-mail: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 21-412-WRP |
| Plaintiff, ) | CASE NO. 20-cr-500 (SDNY) |
| vs. ) | DECLARATION OF KAI SCHUETZE INGRAM; |
| ARTHUR HAYES, ) | EXHIBITS 1 and 2 |
| Defendant. ) | |

### DECLARATION OF KAI SCHUETZE INGRAM

I, KAI SCHUETZE INGRAM, declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation.

2. I am informed and believe that on September 21, 2020, an Indictment was

filed in the Southern District of New York, charging the above-named defendant, ARTHUR HAYES, with violating 31 U.S.C. §§ 5318 and 5322, and 18 U.S.C. 371 in that the defendant knowingly and intentionally violated the Bank Secrecy Act (BSA) and committed conspiracy to violate the BSA. *See* Exhibit 1.

2. I am informed and believe that on September 21, 2020, United States Magistrate Judge Judith C. McCarthy in the Southern District of New York issued a warrant for the defendant's arrest under Case No. 20-cr-500.

3. Pursuant to this warrant, I arrested the defendant, ARTHUR HAYES in this District today. *See* Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2021, at Honolulu, Hawaii.

_____
KAI SCHUETZE INGRAM